# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO.   4:01cr47-SPM/AK

ROBERT HALL,

     Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated May 31, 2005 (doc. 148).  Defendant has been furnished a copy of the report and recommendation and filed objections  (doc. 151) and a request for judicial notice (152), which  the Court has considered.  Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted by the Court.

     Accordingly, it is hereby ORDERED as follows:

     1.    The magistrate judge's report and recommendation (doc. 148) is ADOPTED and incorporated by reference in this order.

     2.    Defendant's request for judicial notice (doc. 152) is denied, although the Court has considered Defendant's legal arguments and the portions of the trial  transcript attached to Defendant's objections.

3. Defendant's motion to vacate, set aside, or correct sentence (doc. 126) and motion for adjudication on the merits on Booker grounds (doc. 146) are denied.

DONE AND ORDERED this 22nd day of June, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge