IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO.: 4:01cr47-SPM

ROBERT HALL,

      Defendant.
_____/

**ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582**

    This cause comes before the Court on Defendant's motion (doc. 207) to modify sentence under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c). The Government filed a response in opposition (doc. 205).

    Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant is subject to a career offender enhancement, which sets his offense level at 37. With a criminal history category of VI, Defendant's sentencing range remains 360 months to life imprisonment. Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a reduction. Accordingly, it is

ORDERED AND ADJUDGED that the motion (doc. 207) to modify sentence is denied.

DONE AND ORDERED this 6th day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:01cr47-SPM