IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO.: 4:01cr47-SPM

ROBERT HALL,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM JUDGMENT

This cause comes before the Court on Defendant Robert Hall's motion for relief from judgment (doc. 207).  Hall states that he did not file a motion requesting a crack cocaine sentencing reduction.  He states that the motion (doc. 207), which the Court ruled upon and denied, was filed by an unknown party.  He asks for relief from the judgment.  Based on the foregoing, it is

ORDERED AND ADJUDGED:

1.     The motion for relief from judgment (doc. 207) is granted.

2.     The Order Denying Motion to Modify Under 18 U.S.C. § 3582 (doc. 208) is vacated.

3.     Hall is advised that no reduction of his sentence will be ordered on the Court's own motion, however,  because it does not appear that he is entitled to a reduction due to the career offender enhancement and for the reasons

stated in the Government's memorandum (doc. 205).

DONE AND ORDERED this 4th day of June.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 4:01cr47-SPM