IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:01cr47-SPM

ROBERT HALL,

    Defendant.

_____/

### ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's motion (doc. 217) to modify sentence under the retroactive crack cocaine amendmentand 18 U.S.C. § 3582(c).  The Government filed a response in opposition (docs. 216 and 218).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range.  Amendment 591 does not apply to Defendant. With regard to Amendment 706, Defendant received a Career Offender enhancement, which determined his base offense level under the sentencing guidelines. Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a reduction.  United States v. Moore, 541 F.3d 1323, 1327-28 (11th Cir. 2008).

To the extent Defendant raises other arguments, no relief will be granted. Defendant filed a prior § 2255 motion (see docs. 126, 154, and 193) and has not obtained an order from the Eleventh Circuit Court of Appeals to authorize a second motion.  Accordingly, it is

ORDERED AND ADJUDGED that motion (doc. 217) to modify sentence is denied.

DONE AND ORDERED this 4th day of February, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:01cr47-SPM