IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:01cr47-SPM/AK

ROBERT HALL,

    Defendant.
_____/

## ORDER DENYING MOTION TO CORRECT ERROR

This cause comes before the Court on Defendant's Motion to Correct Error in His Presentence Investigation Report. Doc. 238. Defendant states that the presentence investigation report did not calculate his drug weight properly and he seeks to have it corrected under Federal Rule of Criminal Procedure 36. Without making a determination on the merits of Defendant's claim, Defendant's motion must be denied because the correction that he seeks is beyond the scope of Rule 36, which is limited to correcting errors to conform to the intention of the court or parties at the time of sentencing–it is not a vehicle to raise objections to the presentence investigation report. See United States v. Whittington, 918 F.2d 149, 151 (11th Cir. 1990); United States v. Johnson, 571 F.3d 716, 718 (7th Cir.

2009).  Accordingly, it is.

ORDERED AND ADJUDGED that Defendant's Motion to Correct Error in His Presentence Investigation Report (doc. 238) is denied.

DONE AND ORDERED this 27th day of May, 2010.


    *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge