IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:01cr47-SPM

ROBERT HALL,

    Defendant.

_____/

## ORDER DENYING RULE 60(B) MOTION

THIS CAUSE comes before the Court on Defendant Robert Hall's Rule 60(b) motion. Doc. 240. Defendant contends that the Court failed to address the second issue of his 2255 motion regarding ineffective assistance of counsel and constructive amendment of the indictment. For the following reasons, Defendant's 60(b) motion will be denied.

1. The ineffective assistance of counsel and constructive amendment issue was determined on the merits in the Report and Recommendation (doc. 148 at pp. 5-6) and the Eleventh Circuit's Order denying a certificate of appealability (doc. 193 at p. 4). Therefore, Defendant's Rule 60(b) motion is a second or successive motion under 2255.

2. Even if not a second or successive motion under 2255, relief to

Defendant would be barred by the law of the case doctrine.  <u>Brewer v. United States</u>, 318 Fed. App'x 804 (11th Cir. 2009).

    3.    Defendant has not demonstrated extraordinary circumstances to justify relief under Rule 60(b)(6).

Accordingly, it is

ORDERED AND ADJUDGED:

    1.    Defendant's motion (doc. 240) is denied.

    2.    The Court will not issue a certificate of appealability because Defendant has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 16th day of February, 2011.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge