IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 4:01cr47-SPM

ROBERT HALL,

      Defendant.
_____/

### ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's motion (doc. 39) to reduce his sentence under the retroactive crack cocaine amendment (Amendment 750) and 18 U.S.C. § 3582(c). The Government filed a response in opposition (doc. 41).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant is subject to the Career Offender enhancement, which results in an offense level of 37 and a guideline range of 360 months to life imprisonment. Because of the enhancement, Defendant's sentencing range remains the same under the amended guidelines, and he is not eligible for a reduction. See United States v. Moore, 541 F.3d 1323, 1327-28

(11th Cir. 2009); <u>United States v. Hankerson</u>, 224 Fed. App'x 900 (11th Cir. 2007).  Accordingly, it is

  ORDERED AND ADJUDGED that motion (doc. 39) to reduce sentence is denied.

  DONE AND ORDERED this 6th day of January, 2012.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Senior United States District Judge

CASE NO.: 4:01cr47-SPM